1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONROY,<br><br>          Plaintiff,<br><br>     vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION.<br><br>          Defendant(s), | Case No.: 3:22-cv-00072-JO-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><br><br>Hon. Jinsook Ohta |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff JOSE MONROY ("Plaintiff"), and Defendant US BANK, NATIONAL ASSOCIATION ("Defendant"),

(collectively "Parties"), made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

**IT IS HEREBY ORDERED**, that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, including all claims against Defendant, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
Honorable Jinsook Ohta
United States District Judge